## 'federal Court'
## at
## united States District Court
## for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
MAR 23 2022
SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

i;man,christopher-david:coombes:　　　)
　　　claim-presser,　　　　　　　　　　)
　　　　prosecutor　　　　　　　　　　　)　　2:22-cv-00054-SAB
_____　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　Nature of case: claim
the woman; carrie coombes　　　　　　　)
the man; henry rawson　　　　　　　　　)　　Trespass (Private Property)
the woman; victoria minto　　　　　　　)
the woman; shelly larson　　　　　　　　)
the woman; catherine haley　　　　　　　)
the man; henry mathis　　　　　　　　　)
　　　　wrongdoer(s)　　　　　　　　　 )　　　　　(verified)

_____

### claim: Trespass (Private Property)

i; man, christopher-david:coombes
claim;

- the said wrongdoer(s) Trespass my Private Property;

- case # [22-2-00100-24] trespass my property

- the trespass did and does harm to my property;

- the causal agent of the trespass comes by way of extortion, theft, torture, deprivation, kidnapping, and harm;

- the commencement and the harm began on March eighteen, 2022;

- the wrong and harm continues to this day March twenty third, 2022;

- i; require compensation for the initial and continual trespass upon my property;

- treble damages for trespass of i; man, acting as foreign sovereign;

- compensation due, one hundred thousand dollar money order backed by gold;

christopher-david:Coombes:
Page 1 of 4



Christopher and Coombes:

Page 2 of 4

- each moment in the now-time that my [private] property is arrested, detained will be charged to each wrongdoer 1 silver dollar per second;

i, say here, and will verify in open court, that all herein be true

March twenty third, 2022; now-time

all rights retained, without prejudice, without recourse

by: christopher-david: coombes:

## Certificate of Service

**the woman; carrie coombes**
1626 Lincoln Way, Coeur d'alene, ID, 83814

**the man; henry rawson**
149 3rd Ave N, Okanogan, WA 98840

**the woman; victoria minto**
28 N Main Alley, Omak, WA 98841

**the woman; shelly larson**
248 E 3rd St, Tonasket, WA 98855

(verified)

**the woman; catherine haley**
PO Box 190, Tumut, NSW, Australia, 2720

**the man; henry mathis**
244 E 3rd St, Unit 1, Tonasket, WA 98855

*wrongdoers*

(verified)

_____



christopher-david: coombes:

Page 3 of 4



Christopher-[illegible]coombes:

Page 4 of 4