christopher-david:coombes:
mailing in care of: 211 crest street
soldotna, Alaska, zip exempt
without UNITED STATES

## 'federal Court'
### at
## united States District Court
### for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 2 8 2022

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

| | | |
|---|---|---|
| i;man,christopher-david:coombes: *prosecutor* *claim presser* _____ | ) ) ) ) ) | 2:22-cv-00054-SAB |
| the woman; carrie coombes, the man; henry rawson, the woman; victoria minto, the woman; shelly larson, the woman; catherine haley, the man; henry mathis; the woman; melanie baillie, the woman; monica flood, also known as monica brennan, the woman; mary horner *wrongdoers* | ) ) ) ) ) ) ) ) ) ) ) | nature of case: claim  notice: Texan  (verified) |

### notice: Texan

the *coombes Court* presents *notice*:

- i;man, christopher-david:coombes: *publish* and give *Public Notice* that i was born at **Texas** state, without the "UNITED STATES", or "The United States" incorporated;

- i;man, act as a **Texan**, and not any kind of US Citizen.;

christophe[signature]mbes:

Notice of state Texan – 'federal Court' at united States District Court for the Eastern District of Washington
Item # NOSI/CC-009

Page 1a



christopher-d... bes:

Page 1b

- when addressing a **Texan**, you are addressing **Texas**, the actual, factual State [unincorporated];

- when addressing **Texas**, you are addressing a Compact State and member State of the united States of America, the actual unincorporated Federation of States (formed September 9, 1776);

- 'it is not' STATE OF TEXAS

- 'it is' Texas state

    i, say here, and will verify in open court, that all herein be true

        March twenty eighth, 2022; now-time

        All Rights Reserved, without prejudice, without recourse
        by: *christopher-david : coombes;*
          March 28, 2022; now-time



*christopher-david coombes;*

---

Notice of state Texan – 'federal Court' at united States District Court for the Eastern District of Washington
Item # NOSI/CC-009

                        Page 2a



Page 2b