christopher-david:coombes:
mailing in care of: 211 crest street
soldotna, Alaska, zip exempt
without UNITED STATES

# 'federal Court'
## at
## united States District Court
## for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 2 8 2022

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| i;man,christopher-david:coombes:  )<br>prosecutor )<br>claim presser )<br>_____ )<br> )<br>the woman; carrie coombes, the )<br>man; henry rawson, the woman; )<br>victoria minto, the woman; shelly )<br>larson, the woman; catherine haley, )<br>the man; henry mathis; the woman; )<br>melanie baillie, the woman; monica )<br>flood, also known as monica )<br>brennan, the woman; mary horner )<br>wrongdoers ) | 2:22-cv-00054-SAB<br><br>nature of case: claim<br><br>notice: no legalese<br><br>(verified) |

## notice: no legalese

the *coombes* Court presents *notice*:

**Firstly:** i, require only english; **no legalese** in the coombes court;

**Secondly:** no presumptions, no assumptions, no tacit agreements in this court;

christopher coombes: [signature with stamp and fingerprint]

---

Notice of No Legalese – 'federal Court' at united States District Court for the Eastern District of Washington
Item # NL/CC-0011

Page 1a

christopher  ombes:

Page 1b

**Thirdly:** only firsthand knowledge from men and women that are witness;

**Fourthly:** only men and women to testify;

**Fifthly:** only **True and Facts** shall be tried in this court;

*i, say here, and will verify in open court, that all herein be true;*

March twenty eighth, 2022

All Rights Reserved, without prejudice, without recourse

by: christopher-david : coombes:
March 28, 2022; now-time





Notice of No Legalese – 'federal Court' at united States District Court for the Eastern District of Washington
Item # NL/CC-0011

Page 2a



christopher daul coombes:

Page 2b