Case 2:22-cv-00054-SAB    ECF No. 31-9    filed 04/04/22    PageID.220    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 04, 2022

SEAN F. McAVOY, CLERK

AO 440 (Rev. 06/12) Summons in a Civil Action

**ORIGINAL**
**FILE WITH CLERK'S OFFICE**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| i:man. christopher-david:coombes: claim-presser <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> the woman; victoria minto wrongdoer <br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. **2:22-cv-00054-SAB** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  victoria minto
28 N Main Alley,
Omak, WA 98841

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  christopher-david:coombes:
mailing in care of: 211 crest street,
soldotna, alaska,
zip exempt, without UNITED STATES

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

3/23/2022                                         _Lu Reams_, Deputy Clerk
_____                         _____
Date                                              SEAN F. McAVOY, Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* the woman; victoria minto
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* march 29 2022

☒ I left the summons at the individual's residence or usual place of abode with *(name)* norma
644 okama PR Omak, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

march 29 2022
Date

Stuart Kenneth Ross
Server's signature "ghts reserved w/out prejudice"

Stuart Ross
Printed name and title

c/o PO Box 1573 tonasket Washington
Server's address

Additional information regarding attempted service, etc: