# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER-DAVID COOMBES,<br><br>Plaintiff,<br><br>-vs-<br><br>CARRIE COOMBES; HENRY RAWSON; VICTORIA MINTO; SHELLY LARSON; CATHERINE HALEY; HENRY MATHIS, *et al.*,<br><br>Defendants. | Case No.      2:22-CV-054-SAB<br><br>CIVIL MINUTES<br><br>DATE:       MAY 9, 2022<br><br>LOCATION:   BY VIDEO CONFERENCE<br><br>STATUS CONFERENCE HEARING |

| Chief Judge Stanley A. Bastian | | |
|---|---|---|
| Michelle Fox | 02 | NOT REPORTED |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Christopher-David Coombes | | Carl Warring<br>Pamela DeVet<br>Patrick McMahon |
| **Plaintiff's Counsel** | | **Defendants' Counsel** |

[ ] Open Court          [ ] Chambers          [ X ] Telecon/Video

Candi Lee, by telephone.

Court addresses Mr. Christopher-David. Candi Lee is not an attorney and should not address the Court.

Plaintiff indicates that this is a Court of record. This is a common law court.

Court does not recognize a common law court. Court will enter an Order. Plaintiff may file an Amended Complaint. All Motions filed to this date will be dismissed as moot.

Christopher-David informs the Court that this must be addressed.

# [X]  ORDER FORTHCOMING

| CONVENED: 10:00 A.M. | ADJOURNED: 10:18 A.M. | TIME: 18 MIN. | CALENDARED     [ X ] |
|---|---|---|---|

*C. Coombes  –vs-  Coombes, et al*  May 9, 2022
2:22-CV-054-SAB  Page 2
Status Conference Hearing


Defendants' counsel do not have any additional comments.