FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 09, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER-DAVID COOMBES, <br><br> Plaintiff, <br><br> v. <br><br> CARRIE COOMBES et al., <br><br> Defendants. | No. 2:22-CV-00054-SAB <br><br> **ORDER DISMISSING CLAIMS WITH LEAVE TO AMEND** |

Before the Court are a number of pending motions from Plaintiff. The Court held a status conference by telephone in the above-captioned case on May 9, 2022. Plaintiff represented himself in the matter. Defendants Mary Homer, Charleen Groomes, Ricardo Covarrubias, Cody Lunn, and Cathryn Mallett were represented by Patrick McMahon. Defendants Henry Rawson, Arissia Ward, Hank Rawson, and Christopher Culp ("the State Defendants") were represented by Carl Warring. Defendant Victoria Minto was represented by Pamela DeVet. The remaining Defendants did not appear.

**Pleading Standards**

Pursuant to the Federal Rules of Civil Procedure, a pleading must include a statement affirming the court's jurisdiction, "a short and plain statement of the claim showing the pleader is entitled to relief; and . . . a demand for the relief sought, which may include relief in the alternative or different types of relief. Fed. R. Civ. P. 8(a).

The Court has reviewed Plaintiff's claims in this case, ECF Nos. 1, 5, 23, 27, 45, 52. At the hearing, the Court also asked Plaintiff to explain the basis for his

**ORDER DISMISSING CLAIMS WITH LEAVE TO AMEND** # 1

claims and why this Court has jurisdiction over his claims. Plaintiff was unable to provide an answer to the Court and instead simply insisted that he had filed his claims in a common law court of claims. Thus, the Court finds that (1) Plaintiff has not alleged sufficient factual matter to support a plausible claim for relief; and (2) Plaintiff has not provided a sufficient basis for establishing this Court's jurisdiction.

## Leave to Amend

Unless it is absolutely clear that amendment would be futile, a *pro se* litigant must be given the opportunity to amend his complaint to correct any deficiencies. *Lopez v. Smith*, 203 F.3d 1122, 1131 (9th Cir. 2000). Accordingly, Plaintiff may submit an amended complaint within **forty-five (45) days** of the date of this Order which includes sufficient facts to establish federal jurisdiction. Plaintiff's amended complaint shall consist of a **short** and **plain** statement showing he is entitled to relief. Plaintiff shall set forth his factual allegations in **separate numbered paragraphs**.

Plaintiff shall present his complaint on the form provided by the Court as required by LR 10.1(i), Local Rules for the Eastern District of Washington. The amended complaint must be legibly rewritten or retyped in its entirety, it should be an original and not a copy, it may not incorporate any part of the original complaint by reference, and **IT MUST BE CLEARLY LABELED THE "FIRST AMENDED COMPLAINT" and the case number** No. 2:22-CV-00054-SAB **must be written in the caption.**

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's claims in this case, ECF Nos. 1, 5, 23, 27, 45, 52, are **DISMISSED with leave to amend**.

2. On or before **June 23, 2022**, Plaintiff shall file a First Amended Complaint. **If Plaintiff fails to comply with this order, the action will be dismissed**.

**ORDER DISMISSING CLAIMS WITH LEAVE TO AMEND** # 2

3. The District Court Clerk is directed to enter a case management deadline.

4. All of Plaintiff's pending motions, ECF Nos. 4, 46, 47, 48, 49, 59, 60, 69, 70, 71, 72, are **DISMISSED as moot**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to file this Order and provide copies to *pro se* Plaintiff, *pro se* Defendant, and counsel.

**DATED** this 9th day of May 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING CLAIMS WITH LEAVE TO AMEND** # 3