*Amended Claim - May 9, 2022*

christopher-david:coombes:
mailing in care of: 211 crest street
soldotna, alaska, zip exempt
without UNITED STATES

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
MAY 09 2022
SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# coombes Court
## at
## 'federal Court'
## at
## united States District Court
## for the
## Eastern District of Washington

| | |
|---|---|
| i;man, christopher-david:coombes: ) | |
|     *prosecutor* ) | 2:22-cv-00054-SAB |
|         *claim presser* ) | |
| _____ ) | |
| ) | |
| the woman; carrie coombes, the ) | nature of case: claim |
| man; henry rawson, the woman; ) | |
| victoria minto, the woman; shelly ) | |
| larson, the man; henry mathis, the ) | |
| woman; melanie baillie, the woman; ) | Trespass (Private Property) |
| monica flood, also known as monica ) | |
| brennan, the woman; mary horner, ) | |
| the woman; charleen groomes, the ) | |
| man; ricardo covarrubias, the man; ) | |
| cody lunn, the woman; alecia ) | |
| tonasket, the woman; arissia ward, ) | |
| the man; 'hank' rawson, the man; ) | |
| christopher culp, the woman; cathryn ) | |
| mallett ) | |
|         *wrongdoers* ) | (verified) |
| _____ | |

*page 1a*

Page 1b

christopher-d [Columbus]

## claim: Trespass (Private Property)

i; man, christopher-david:coombes:

claim;

- the said wrongdoer(s) Trespass my Private Property;

- case # [22-2-00100-24], [22-2-0010424], [22-1-00086-24], [22-1-00086-24] trespass my property

- the trespass did and does harm to my property;

- the causal agent of the trespass comes by way of extortion, theft, torture, deprivation, kidnapping, and harm;

- the commencement and the harm began on March 18, 2022;

- the wrong and harm continues to this day May 9, 2022;

- i; require compensation for the initial and continual trespass upon my property;

- treble damages for trespass of i; man, acting as foreign sovereign;

- compensation due, one hundred thousand dollar money order backed by gold;

- each moment in the now-time that my [private] property is arrested, detained, will be charged to each wrongdoer 1 silver dollar per second;

- this is a court of record proceeding at common law to i;

i, say here, and will verify in open court, that all herein be true

All Rights Retained, without prejudice, without recourse

by: christopher-david [coombes]
May 9, 2022; now-time

page 2a

---

Claim – 'Federal Court' at United States District Court for the Eastern District of Washington
Item # CTP/CC-0001                        Page 2 of 3



page 2b

christopher-(coombes)

## Certificate of Service

the woman; carrie coombes
1414 Fels Road, Quakertown, Pennsylvania 18951

the man; henry rawson
[po box 1092] Okanogan, Washington 98840

the man; 'hank' rawson
[po box 1092] Okanogan, Washington 98840

the woman; victoria minto
[po box 3953] Omak, Washington 98841

the woman; shelly larson
248 E 3rd St, Tonasket, WA, 98855

the man; henry mathis
244 E 3rd St, Unit 1, Tonasket, WA, 98855

the woman; melanie baillie
[po box 2876] Hayden, Idaho 83835

the woman; monica flood (also known as monica brennan)
865 S Fairmont Loop, Coeur d'Alene, Idaho 83814

the woman; mary horner
[po box 23] Okanogan, Washington 98840

the woman; charleen groomes
[po box 1246] Okanogan, Washington 98840

the man; ricardo covarrubias
405 Central Ave, Oroville, Washington 98844

the man; cody lunn
522 Locust Street, Omak, Washington 98841

the woman; alecia tonasket
[po box 26] Omak, Washington 98841

the woman; arissia ward
1707 Carolina Street, Apt 103, Bellingham, Washington 98229

the man; christopher culp
[po box 414] Okanogan, Washington 98840

the woman; cathryn mallett
[po box 848] Omak, Washington 98841

*wrongdoers*

(verified)

---

Claim – 'Federal Court' at United States District Court for the Eastern District of Washington
Item.# CTP/CC-0001              Page 3 of 3





page 3b
christopher-david [scoobubees]