christopher-david:coombes:
mailing in care of: 211 crest street
soldotna, alaska, zip exempt
without UNITED STATES

## coombes Court
### at
### 'federal Court'
### at
### united States District Court
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
MAY 09 2022
SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| i;man, )<br>Tribunal )<br>_____ )<br> )<br>the woman; carrie coombes, the )<br>man; henry rawson, the woman; )<br>victoria minto, the woman; shelly )<br>larson, the man; henry mathis, the )<br>woman; melanie baillie, the woman; )<br>monica flood, also known as monica )<br>brennan, the woman; mary horner, )<br>the woman; charleen groomes, the )<br>man; ricardo covarrubias, the man; )<br>cody lunn, the woman; alecia )<br>tonasket, the woman; arissia ward, )<br>the man; 'hank' rawson, the man; )<br>christopher culp, the woman; cathryn )<br>mallett )<br>wrongdoers ) | 2:22-cv-00054-SAB<br><br>nature of case: claim<br><br>Trespass (Private Property)<br><br>Order to Void, Purge, and Vacate<br><br>(verified) |

_____

Order to Void – 'Federal Court' at United States District Court for the Eastern District of Washington
Item # OCH/CC-00030                    Page 1 of 4

christopher-david:coombes
page 1a



christopher-david [coombes]

page 1b

The coombes court So Orders:

i require all orders by Stanley (A.) Bastian made this day May 9, 2022 to be void, purged, and vacated from my claim;

Stanley (A.) Bastian has admitted that he has no knowledge of a court of record proceeding by common law;

Stanley (A.) Bastian cannot administer the affairs of a court of record by his admitted inability to minister to a court of record;

Tribunal is separate of the magistrate;

all Federal Courts are courts of record proceeding in common law;

(see attachment 1, 2)

    i, say here, and will verify in open court, that all herein be true

    All Rights Retained, without prejudice, without recourse

**Tribunal** christopher-david [coombes]
May 9, 2022; now-time

(verified)



Order to Void – 'Federal Court' at United States District Court for the Eastern District of Washington
Item # OCH/CC-00030    Page 2 of 4

page 2a

christopher david coombes

page 2b

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

*Agent for name is secretary of State, Texas*

CHRISTOPHER-DAVID COOMBES,

*Capitus Diminutio Trespass my case*

Plaintiff,

-vs-

CARRIE COOMBES; HENRY RAWSON; VICTORIA MINTO; SHELLY LARSON; CATHERINE HALEY; HENRY MATHIS, et al.,

Defendants.

Case No.   2:22-CV-054-SAB

CIVIL MINUTES

DATE:   MAY 9, 2022

LOCATION:   BY VIDEO CONFERENCE

STATUS CONFERENCE HEARING

*Vacate, Void, Purge*

| | Chief Judge Stanley A. Bastian | |
|---|---|---|
| Michelle Fox | 02 | NOT REPORTED |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Christopher-David Coombes | | Carl Warring<br>Pamela DeVet<br>Patrick McMahon |
| **Plaintiff's Counsel** | | **Defendants' Counsel** |

[ ] Open Court     [ ] Chambers     [ X ] Telecon/Video

Candi Lee, by telephone.

Court addresses Mr. Christopher-David. Candi Lee is not an attorney and should not address the Court.

Plaintiff indicates that this is a Court of record. This is a common law court.

Court does not recognize a common law court. Court will enter an Order. Plaintiff may file an Amended Complaint. All Motions filed to this date will be dismissed as moot.

Christopher-David informs the Court that this must be addressed.

[X] ORDER FORTHCOMING

*christopherdavid[coombes]*

| CONVENED:  10:00 A.M. | ADJOURNED:  10:18 A.M. | TIME:  18 MIN. | ED  [ X ] |

*(Attachment 1)*
*page 3 of 4*

*page 39*

C. Coombes –vs– Coombes, et al  
2:22-CV-054-SAB  
Status Conference Hearing

May 9, 2022  
Page 2

Defendants' counsel do not have any additional comments.



page 36

**Exhibit 5b**

# The federal district courts are courts of record

**974** [25 C. J.]    *FEDERAL COURTS*    [§§ 343-347]

[§ 343] 2. **Judges.**[20] The statute provides for the number and qualifications of judges and requires that every district judge shall reside in the district, or one of the districts, for which he is appointed.[51] During a vacancy in the office of district judge for a district coextensive with a state, no other judge is authorized to sit therein, and all judicial action remains in abeyance until the vacancy is filled, or another judge is designated, pursuant to law, to exercise the judicial functions temporarily.[52] Provision is made, however, for the designation of another judge in case of a vacancy in the office of judge of a particular district, or disqualification of the judge.[53]

[§ 344] B. **Character of Courts.**[54] The federal district courts are courts of record.[55]

[§ 345] C. **Terms and Sessions.**[56] Acts of a court done at a session held in conformity with a repealed act and before the time appointed under the repealing act which divided the district are void.[57] A court sitting in one division cannot make an order between terms of court of another division affecting a marshal's acts under an order of sale in admiralty made in the latter division.[58] Under the statute providing that special terms of any district court may be ordered by the district judge, and that "any business may be transacted at such special term which might be transacted at a regular term," a district court has jurisdiction at a special term to try a defendant on an indictment returned at a previous regular term, and it is not necessary that the order for the special term be incorporated in the record of the case to show such jurisdiction.[59] The court is open from the beginning of each session to its end for the return of writs on the criminal side, although it has adjourned as a criminal court.[60]

[§ 346] D. **Rules of Procedure.**[61] The district courts have power to make rules and orders regulating their own practice, provided such rules are not inconsistent with any law of the United States or any rule established by the supreme court with respect to practice in all district courts.[62] Except as otherwise provided by statute, or by rule of court, the practice in suits of equity and of admiralty and maritime jurisdiction must be according to the principles, rules, and usages which belong to courts of equity and of admiralty, respectively.[63]

[§ 347] E. **Jurisdiction**[64]—1. *In General.* The district courts are now the courts of general original jurisdiction in the federal judiciary system, and they have jurisdiction in all cases falling within the jurisdiction of federal courts,[65] except in so far as particular cases fall exclusively within the original jurisdiction of the supreme court,[66] laying out of consideration territorial and other similar statutory courts not vested with the federal judicial power.[67] Formerly the jurisdiction of the district courts was much more limited, the general original federal jurisdiction being divided between the district and the former circuit courts. Speaking generally the district court had jurisdiction of enumerated classes of cases, mainly, but not exclusively, cases with a governmental aspect,[68] while the circuit court had jurisdiction of the great mass of litigation in cases of a civil nature between private parties,[69] where the jurisdiction rested upon the citizenship, or char-



christopher-david coombes

(Attachment 2)
page 4 of 4

Page 4a





christophers-david [coombes]

page 4b