FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 24, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER-DAVID COOMBES,<br><br>    Plaintiff,<br><br>    v.<br><br>CARRIE COOMBES et al.,<br><br>    Defendants. | No. 2:22-CV-00054-SAB<br><br>**ORDER DISMISSING CASE** |

      Before the Court is Plaintiff's Construed Motion for Dismissal, ECF No. 84. Plaintiff states that he is voluntarily closing his claim and thereby moving to dismiss the above-captioned matter. Pursuant to Fed. R. Civ. P. 41(a)(2), the Court finds good cause to grant the motion and dismiss the case.

//
//
//
//
//
//
//
//
//
//

**ORDER DISMISSING CASE** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The above-captioned matter is **DISMISSED without prejudice**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel and *pro se* Plaintiff, and **close** the file.

**DATED** this 24th day of June 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING CASE # 2**